IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BEST RE INVESTMENTS, LLC, AS SUCCESSOR-IN-INTEREST TO LV NV IVN, LLC,<br>Appellant,<br>vs.<br>BANK OF AMERICA, N.A., S/B/M TO BAC HOME LOANS SERVICING, LP,<br>Respondent. | No. 74820 |

**FILED**

FEB 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation and amended stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Linda Marie Bell, Chief Judge
The Law Office of Mike Beede, PLLC
Akerman LLP/Las Vegas
Eighth District Court Clerk

19-08344